UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED by ZCoS D.C.
AUG 1 8 2009
STEVEN M. LARIMORE
CLERK U S DIST CT
S. D. of FLA. MIAMI

"IN ADMIRALTY"

CITY OF RIVIERA BEACH,
    Plaintiff,

CASE NO. 09-80594-CIV-DIMITROULEAS/SNOW

vs.

That certain unnamed gray, two story vessel
Approximately fifty-seven feet in length, her
Engines, tackle, apparel, furniture,
Equipment and all other necessaries,
Appertaining and belonging in rem,

    Defendant.

_____

**NOTICE OF TAKING DEPOSITION**

    PLEASE TAKE NOTICE that the undersigned will take the deposition of the below-named person on the date, and at the time and place indicated.

    Name- Ed Legue

    Date/Time- August 25, 2009    10 AM to 11AM PM
    Place- Hamilton, Miller and Birthisel
    150 S.E. Second Avenue
    Suite 1200
    Miami, Florida 33131

    The deposition will be taken upon oral examination, before a Court Reporter. The deposition will be taken for the purpose of discovery, for use at trial, or both of the

1

foregoing, or for such other purposes as are permitted under the applicable and governing rules.

Dated: August 18, 2009

By: _____
Fane Lozman
*Pro Se*

Fane Lozman

2100 Broadway

Riviera Beach, FL  33040

sp500trd@yahoo.com

(786) 251-5868

### CERTIFICATE OF SERVICE

I, Fane Lozman, certify that on this 18 day of August 2009, I served the foregoing via email to Jules Massee, jmassee@hamiltonmillerlaw.com, Florida Bar No. 41554 and Robert Birthisel, rbirthisel@hamiltonmillerlaw.com , Florida Bar No. 906654, Hamilton Miller and Birthisel, LLP. 100 South Ashley St., Suite 1210, Tampa, FL  33602, Phone (813) 223-1900, Fax (813) 223-1933